FROM: THE DISTRICT COURT OF THE ELEVENTH JUDICIAL DISTRICT, COUNTY OF FLATHEAD,

STATE OF MONTANA,

Plaintiff, NO. DC-90-003B

vs. DECISION

GARY STENSLAND,

Defendant.

On May 25, 1990, the Defendant was sentenced to ten (10) years for Theft with 168 days credit for time served; with one and one-half (1 1/2) years suspended with conditions.

On December 6, 1990, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by himself. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is pursuant to Rule 17 of the Sentence Review Division.